**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-114-JDK-JDL |
| | § | |
| $367,026.14 IN UNITED STATES | § | |
| CURRENCY, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

On April 7, 2025, the government filed a verified complaint for civil forfeiture. Docket No. 1.  This action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  On April 8, 2026, the Magistrate Judge issued a Report and Recommendation recommending that the government's motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) (Docket No. 7) be granted.  Docket No. 9.  No objections to the Report have been filed and the timeframe for doing so has passed.

Because objections to the Magistrate Judge's Report have not been filed, the parties are barred from de novo review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court.  *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

Having reviewed the docket, the Court has determined that the Report of the

1

Magistrate Judge is correct.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (holding that where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Accordingly, it is hereby **ORDERED** that the government's motion for default judgment pursuant to the Federal Rule of Civil Procedure 55(b)(2) (Docket No. 7) is **GRANTED** and the Magistrate Judge's Report (Docket No. 9) is **ADOPTED**.  It is **ORDERED** that $367,026.14 in United States currency is forfeited to the United States, with all right, title, and interest vesting in the United States.  Any persons or entities that could claim any right, title or interest in the Defendant property are in default and are divested of any right, title or interest that they could claim.

So **ORDERED** and **SIGNED** this **30th** day of **April, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2